# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**

v.

**EDDY LOPEZ**
**A/K/A "SWIFT"**

**WARRANT FOR ARREST**
Case Number: 2004 M 0444 RBC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __EDDY LOPEZ, A/K/A "SWIFT"__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ INDICTMENT ☐ INFORMATION ☒ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITON

CHARGING HIM OR HER WITH (brief description of offense)

**BEING A FELON IN POSSESSION OF A FIREARM, DISTRIBUTION OF HEROIN, AND DISTRIBUTION OF COCAINE**

in violation of Title __21__ United States Code, Section(s) __922(g)(1) and 841(a)__

**ROBERT B. COLLINGS**
Name of Issuing Officer

Signature of Issuing Officer

**UNITED STATES MAGISTRATE JUDGE**
Title of Issuing Officer

**Boston, MA; January 19, 2004**
Date and Location

Bail fixed at $ _____

BY HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 6420

**RETURN**

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT
AT _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON __1/20/04__

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |